**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

March 4, 2008

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Selbourne Waite,**
       **S4 07 Cr. 3 (BSJ)**

Dear Judge Jones:

Pursuant to the Court's instructions at our last appearance on February 21, 2008, I am requesting that you appoint Colleen Quinn Brady as "learned counsel". Mr. Waite is one of the six defendants in this matter charged with offenses which carry the possibility of the death penalty. After our last appearance, I spoke to Leonard Joy regarding the procedures for obtaining "learned counsel" and Ms. Brady was one of the names that Mr. Joy provided to me.

I know Ms. Brady and she is a highly respected attorney who would be an asset for Mr. Waite's representation. I am enclosing a copy of her CV for the Court's consideration. I have spoken with Ms. Brady and she is willing to accept the assignment.

It is my understanding that as of February 21, 2008, the date of Mr. Waite's arraignment on the superseding indictment, I will continue to represent him. It is my further understanding that until such time that the Government hopefully determines that the death penalty is not authorized, that I will be compensated at the rate for capital cases.

I thank you for your attention to and consideration of this matter.

Very truly yours,

Susan V. Tipograph

enc.
cc:   Colleen Quinn Brady
       Leonard Joy
       Selbourne Waite

*Application is granted.*
*So ordered.*
*Barbara S. Jones*
*3/5/08*