```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :    07 CR. 03 (BSJ)
                                    :
                                    :         ORDER
         -v-                        :
                                    :
                                    :
HISAN LEE,                          :
HIBAH LEE,                          :
ANDRE DAVIDSON,                     :
SELBOURNE WAITE,                    :
DELROY LEE,                         :
LAVAR GAYLE,                        :
                  Defendants.       :
                                    :
------------------------------------X
```

BARBARA S. JONES,
United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for May 1, 2008 is adjourned to **May 8, 2008** at **10:30am**.

    SO ORDERED.

Dated:   New York, New York
          April 22, 2008

                                    _____
                                        BARBARA S. JONES
                                  United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE: 4/23/08 stamp]