UN ITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
**********************************X

UNITED STATES OF AMERICA


    –against–                                                              O7 Cr 3 (S-4) (BSJ)
                                           NOTICE OF APPEARANCE


SELBOURNE WAITE,
    Defendant
**********************************X


        Having been  appointed by the Court to serve as learned counsel pursuant to

18 U.S.C. § 3005, I hearby enter my appearance on Mr. Waite's behalf. I am a member of this

Court and ask that my name be added to the ECF filings list.

                             COLLEEN QUINN BRADY
                             Attorney at Law
                             99 Hudson Street, 8th Fl
                             New York, New York 10013
                             (212) 431-1354 (T)
                             (212) 965-9084 (F)
                             sequinbrady@netzero.com