UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

UNITED STATES OF AMERICA

    -against-

SELBOURNE WAITE,

        Defendant.

No. 07-CR-3(LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel's request, submitted on behalf of Selbourne Waite, for the appointment of counsel [dkt. no. 869] is GRANTED.  The Court will appoint counsel to represent Mr. Waite to pursue his compassionate release application.  After counsel is appointed for Mr. Waite, the parties shall confer and inform the Court, by letter, of the proposed briefing schedule.  The Clerk of the Court shall mail a copy of this order to Mr. Waite.

SO ORDERED.

Dated:  October 14, 2020
       New York, New York

*Loretta A. Preska*

_____
LORETTA A. PRESKA, U.S.D.J.