**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
       -against-                          :     **ORDER**
                                          :
                                          :
                                          :     07 CR 0003-09      (LAP  )
                                          :     ───────────────
**SELBOURNE WAITE**                       :          Docket #
                                          :
------------------------------------------x


Loretta A. Preska
──────────────────────────, **DISTRICT JUDGE.**
       Judge's Name

The attorney retained in this case,

Gary Becker
──────────────────────────  is hereby ordered
     Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.


                                   SO ORDERED.

                              *Loretta A. Preska*
                        ──────────────────────────────
                          UNITED STATES DISTRICT JUDGE



       10/15/2020
       ─────────────────
**Dated:**