UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
          -against-                      :         **ORDER**
                                         :
                                         :
                                         :         07 CR 0003-009 (LAP)
     Selbourne Waite                     :         _____
                                         :            Docket #
-----------------------------------------x


  Loretta A. Preska
_____, DISTRICT JUDGE:
       Judge's Name

The C.J.A. attorney assigned to this case
Gary Becker
_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

                           James Branden                          11/6/20
matter is assigned to _____, NUNC-PRO-TUNC _____.
                              Attorney's Name

                                        SO ORDERED.

                                        *Loretta A. Preska*
                                     _____
                                     UNITED STATES DISTRICT JUDGE


          November 6, 2020
Dated:    New York, New York