```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :

       v.                            : Docket No. 07-CR-03 (LAP)

SELBOURNE WAITE,                     : ~~PROPOSED~~ ORDER

              Defendant.             :

------------------------------------x
```

   Upon the application of the defendant, Selbourne Waite, USM No. 15461-055, through his attorney, James M. Branden, Mr. Waite is in need of his medical records to present to his attorney,

   WHEREFORE, Mr. Waite is currently incarcerated at FCI Cumberland, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD, 21501, under USM No. 15461-055 and unable to transmit a release form through counsel, and

   WHEREFORE, time is of the essense,

   IT IS HEREBY ORDERED THAT: Notwithstanding any provision of the Health Insurance Accountability and Portability Act of 1996, any medical provider to Mr. Waite, including the Bureau of Prisons, shall immediately disclose to his counsel, James M. Branden, any and all records in its possession relating to Mr. Waite. If practicable, medical records should be emailed to Mr. Branden at: jamesmbranden@gmail.com.

   SO ORDERED.

Dated:   New York, New York
         January  8 , 2021

                                    _____
                                    THE HONORABLE LORETTA A. PRESKA
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK