UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

SELBOURNE WAITE,

                Defendant.

07-CR-003 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Court of Appeals' order dated August 2, 2022. (See dkt. no. 944.) The parties shall confer and inform the Court how they wish to proceed by letter no later than August 17, 2022. The Clerk of the Court shall mail a copy of this order to Mr. Waite.

**SO ORDERED.**

Dated:    August 3, 2022
            New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge