UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>SELBOURNE WAITE,<br><br>                              Defendant. | 07-CR-00003 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Court of Appeals' opinion remanding this case for resentencing. (See dkt. no. 980.) The parties shall confer and inform the Court within two weeks how they wish to proceed.

**SO ORDERED.**

Dated:    New York, New York
          September 18, 2023

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1