

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL  ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

September 28, 2023

<u>VIA ECF</u>

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     <u>United States v. Selbourne Waite, No. 07-cr-00003 (LAP)</u>

Dear Judge Preska:

    We are the attorneys for Selbourne Waite.  Pursuant to Your Honor's September 18, 2023, order, (ECF 983), we conferred with the government and together request that the Court set a date for Mr. Waite's resentencing hearing on a date convenient to the Court in approximately 120 days.

    We additionally request that the Court order <u>U.S. Probation to prepare an updated pre-sentence report on Mr. Waite</u> and anticipate the 120 days will allow sufficient time for Probation to prepare their updated report.  We also ask that <u>Mr. Waite's sentencing submission be due two weeks before the hearing date, and the government's one week before.</u>

    For the Court's convenience, we have included a "So Ordered" line should the Court grant these requests. Thank you for your consideration.

                                            Respectfully submitted,

                                            <u>/s/ Eric R. Breslin</u>

                                            Eric R. Breslin

ERB
cc:  All Counsel of Record (VIA ECF)

DUANE MORRIS LLP     *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                                    DAVID A SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD , SUITE 1800                                   PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

Honorable Loretta E. Preska
September 28, 2023
Page 2

**DuaneMorris**

The parties shall appear for a resentencing hearing on January 10, 2023, at 12:00 PM in Courtroom 12A.

SO ORDERED  _____/s/ Loretta A. Preska_____
Honorable Loretta E. Preska, U.S.D.J.
9/29/2023