AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>SELBOURNE WAITE | )<br>)<br>)<br>)<br>) |

Case No:   1: S4 07CR00003-09 (LAP)

USM No:   15461-055

Date of Original Judgment:        09/21/2011

Date of Previous Amended Judgment:   03/01/2018

*(Use Date of Last Amended Judgment if Any)*

Eric Breslin

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    115 YEARS    months **is reduced to**   TIME SERVED PLUS ONE MONTH

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    03/01/2018    shall remain in effect.

**IT IS SO ORDERED.**

Order Date:        02/14/2024

*Loretta A. Presca* (Judge's signature)

Effective Date:   03/14/2024

*(if different from order date)*

Loretta A. Preska, Senior U.S.D.J.

*Printed name and title*