| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | FIRM and AFFILIATE OFFICES | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | |
| HANOI | | A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO AND SRI LANKA |

February 26, 2024

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> The Court approves counsel's request for Mrs. Singh to bill her time in the instant case, nunc pro tunc to June 28, 2023.
>
> SO ORDERED.
>
> *Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.
> 02/26/2024

Re: **United States v. Selbourne Waite, No. 07-cr-00003 (LAP)**

Dear Judge Preska:

    We are the attorneys for Selbourne Waite. I write to request permission for my associate, Arletta K. Singh, to bill for her time on Mr. Waite's case. Mrs. Singh has been assisting with this case since June 28, 2023. Mrs. Singh substantially assisted in client meetings, gathering sentencing materials, and drafting Mr. Waite's resentencing submission. Her involvement allowed us to provide Mr. Waite with our best representation in the most cost-effective manner.

    For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc: All Counsel of Record (Via ECF)

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP        DAVID A SUSSMAN, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD , SUITE 1800        PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429