

| | | |
|---|---|---|
| NEW YORK | *FIRM and AFFILIATE OFFICES* | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | ERIC R. BRESLIN | BOCA RATON |
| SAN FRANCISCO | DIRECT DIAL: +1 973 424 2063 | PITTSBURGH |
| SILICON VALLEY | PERSONAL FAX: +1 973 556 1552 | NEWARK |
| SAN DIEGO | E-MAIL ERBreslin@duanemorris.com | LAS VEGAS |
| LOS ANGELES | | CHERRY HILL |
| TAIWAN | *www.duanemorris.com* | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

March 8, 2024

<u>VIA ECF</u>

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: <u>United States v. Selbourne Waite, No. 07-cr-00003 (LAP)</u>

Dear Judge Preska:

  We are the attorneys for Selbourne Waite. We hereby appeal for Your Honor's assistance in fulfilling your February 14, 2024, order for Mr. Waite's release on March 14, 2024, (ECF 1002), and request a Court Order for Mr. Waite's immediate placement upon release with his sister, Selena Waite-Edwards, in Durham, North Carolina.

  As the Court is aware, Your Honor approved Mr. Waite's release to Mrs. Waite-Edwards, pending Probation's approval. (Resentencing Hearing, Feb. 14, 2024). Mrs. Waite-Edwards is a licensed psychologist and clinical mental health counselor, has a room for Mr. Waite in the home she owns with her husband, and a job for him at the nonprofit she founded, Building Legacies Through Literacy (assisting children struggling with literacy). (ECF 999 Ex. A at 10). This placement will significantly aid Mr. Waite's successful reentry into the community and there is no comparable alternative.

  The S.D.N.Y. Probation Office has no objection to Mr. Waite residing with his sister; however, the Middle District of North Carolina Probation Office denied the request citing a lack of time to prepare, despite Your Honor's granting of a month for this purpose. (ECF 1002). They instead informed Mr. Waite that he should find somewhere to live in the Southern District.

  In anticipation of this pending Order, the North Carolina and S.D.N.Y. Probation offices conducted a virtual interview of Ms. Waite-Edwards today and confirmed that Mr. Waite's father, Selbourne Waite Sr., will pick him up on March 14, 2024, and drive him to Mrs. Waite-

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*  DAVID A SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD , SUITE 1800  PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable Colleen McMahon
March 8, 2024
Page 2

Edwards in Durham. Should the Court grant our request, <u>Probation will move forward with Mr. Waite's release to North Carolina as planned</u>. U.S. Probation Officer Alexis Warren is assigned to Mr. Waite's Pre-Release in the S.D.N.Y. office, and her office number is (212) 805-5067 should the Court have any questions.

We therefore request a Court <u>Order that Mr. Waite be immediately released on March 14, 2024, to reside with his sister Mrs. Waite-Edwards at her home in Durham, North Carolina</u>. For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED**   *Loretta A. Preska*

Honorable Loretta A. Preska, U.S.D.J.
03/08/2024